United States District Court
Southern District of Texas
**ENTERED**
March 22, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MARTHA ELENA GARZA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:17-CV-416 |
| § | |
| STATE AUTO PROPERTY & § | |
| CASUALTY INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER FOR DISMISSAL WITH PREJUDICE

On this day, came on to be considered the parties' Agreed Motion for Dismissal with Prejudice, and the Court having considered said Motion, and being of the opinion that the same should be granted; it is accordingly, **ORDERED, ADJUDGED and DECREED** by the Court that Plaintiff Martha Elena Garza's claims and causes of action against Defendant, State Auto Property & Casualty Insurance Company, be and the same are hereby dismissed, with prejudice and at the cost of party incurring same.

SO ORDERED this 22nd day of March, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge